Not for Publication

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARLA MURPHY,** | |
| Plaintiff, | Civil Action No. 20-4369 (JMV) |
| v. | **OPINION & ORDER** |
| **KILILO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

**VAZQUEZ, DISTRICT JUDGE**

On January 4, 2022, the Court entered an Opinion & Order, which affirmed the Commissioner's decision and closed this matter. D.E. 31. On February 19, 2022, *pro se* Plaintiff Carla Murphy entered a "Request for Review of Hearing Decision/Order," which the Court treats as a motion. D.E. 33 ("Request"). It is not clear to the Court what Plaintiff seeks by the Request. The Request appears to be a Social Security Administration document, Form HA-520-U5, seeking review by the Appeals Council of the Court's decision. *Id.* However, the proper avenue to seek relief from the Court's Opinion & Order is to file an appeal with the Third Circuit Court of Appeals, not the Appeals Council. As a result, and for good cause shown,

It is on this 10th day of March 2022 hereby

**ORDERED** that the Plaintiff's motion, D.E. 33, is **DENIED**; and it is further

**ORDERED** that the Clerk's Office shall mail a copy of this Order to Plaintiff by regular mail and by certified mail return receipt; and it is further

2

**ORDERED** that this matter shall remain closed.

                                                                                         _____
                                                                                         John Michael Vazquez, U.S.D.J.